UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

SERGIO ACEVEDO and WELLINGTON RAMIREZ,

Plaintiffs,

-against-

GOMERA GRULLON INC. and EDEN GRULLON, individually,

Defendants.

Docket No. 1:25-cv-09721-JHR

---X

**~~[PROPOSED]~~ JUDGMENT**

WHEREAS, ~~on [DATE OFFER WAS SERVED],~~ Defendants Gomera Grullon Inc. and Eden Grullon, individually, served upon Plaintiffs Sergio Acevedo and Wellington Ramirez an Offer of Judgment dated August 10, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow judgment to be taken against them and in favor of Plaintiffs in the amount of Sixty-Five Thousand Dollars and Zero Cents ($65,000.00), inclusive of reasonable attorneys' fees, costs, and expenses through the date of the Offer of Judgment; and

WHEREAS, on August 11, 2026, Plaintiffs timely served written notice of acceptance of the Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; and

WHEREAS, the Offer of Judgment, Plaintiffs' Notice of Acceptance, and proof of service thereof have been filed with the Court;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiffs Sergio Acevedo and Wellington Ramirez and against Defendants Gomera Grullon Inc. and Eden Grullon, individually, in the total amount of Sixty-Five

Thousand Dollars and Zero Cents ($65,000.00), inclusive of reasonable attorneys' fees, costs, and expenses through the date of the Offer of Judgment.

Dated: New York, New York
September 10, 2026

SO ORDERED:

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.

The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.